ELLEN DEMINGS, Respondent, *v.* THE SUPREME LODGE KNIGHTS OF PYTHIAS OF THE WORLD, Appellant.

*Demings* v. *Supreme Lodge K. P.*, 20 App. Div. 622, appeal dismissed.
(Argued January 26, 1900; decided February 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 19, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Charles B. Wheeler* for appellant.

*Samuel M. Welch, Jr.,* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

PETER J. FERRIS, as Trustee for the City of Buffalo et al., Respondents, *v.* SAMUEL B. HARD et al., Appellants, Impleaded with Others.

*Ferris* v. *Hard*, 12 App. Div. 624, affirmed.
(Argued January 26, 1900; decided February 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 26, 1896, affirming a judgment in favor of plaintiffs entered upon a decision of the Superior Court of Buffalo, on trial without a jury.

*George Wadsworth* for appellants.

*Price A. Matteson* and *Frank C. Ferguson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.